*Peter B. Sullivan* and *Russell L. Post, Jr.,* in support of the motion.

Submitted March 25—decided March 30, 1971

**NANCY WETSTONE ET AL. *v.* TOWN PLAN AND ZONING COMMISSION OF THE TOWN OF WEST HARTFORD**

The motion by the defendant to dismiss the appeal from the Court of Common Pleas in Hartford County is granted unless the plaintiffs file their assignments of error not later than April 27, 1971.

*Robert Y. Pelgrift,* corporation counsel, for the appellee (defendant).

*Walter A. Twachtman,* for the appellants (plaintiffs).

Argued April 6—decided April 6, 1971